# Third District Court of Appeal

## State of Florida

Opinion filed December 31, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1953
Lower Tribunal No. 22-14464-CA-01
_____

**Carla Norman,**
Appellant,

vs.

**State Farm Florida
Insurance Company,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Spencer Eig, Judge.

Scott J. Edwards, P.A., and Scott J. Edwards (Boca Raton); Vyacheslav Borshchukov, P.A., and Vyacheslav Borshchukov (Ft. Lauderdale), for appellant.

Russo Lima Appellate Firm, P.A., and Elizabeth K. Russo, and Paulo R. Lima, for appellee.

Before LINDSEY, GORDO, and GOODEN, JJ.

PER CURIAM.

We affirm because while the doctrine of waiver may be employed to bar an insurer from effecting the forfeiture of coverage under a policy, it cannot be used to create or extend coverage that does not exist. See Six L's Packing Co. v. Florida Farm Bureau Mut. Ins. Co., 268 So. 2d 560, 563 (Fla. 4th DCA 1972), decision adopted by, 276 So. 2d 37 (Fla. 1973)); see also Universal Prop. & Cas. Ins. Co. v. Jean, 50 Fla. L. Weekly D2488, D2489 (Fla. 4th DCA Nov. 19, 2025).

Affirmed.